United States Bankruptcy Court
Southern District of New York
White Plains division

_____X

In re.:

    Ian Hylton and Valerie Watson-Hylton,

        Debtors.

Case No.: 23-22019 (cgm)

AFFIDAVIT

_____X

I, Ian Hylton, being duly sworn, do hereby swear to the truth of the following:

The property my spouse and I own and which our family resides in, located at 29 Highland Avenue, White Plains, NY 10606 has a mortgage loan with Fay Servicing and the Post petition payments are current at this time.

The lot property which my spouse and I own in Marion County, Florida, known as .23 acre lot No. 11, aka, SECTION 18, BLOCK 1376, LOT 19 PLAT BOOK 1 PG 214 is also current and has no past due amounts to be paid into the chapter 13 plan.

                                                            Ian Hylton

Sworn to before me this
4th day of June, 2023

_____
Notary Public

            CHERISH N. CELETTI
     NOTARY PUBLIC-STATE OF NEW YORK
              No. 02CE6312215
       Qualified in Westchester County
      My Commission Expires 09-29-2026