DocuSign Envelope ID: 00007253-2771-4319-BA49-1FEF368634B6

IAN HYLTON  
VALERIE WATSON HYLTON  
29 HIGHLAND AVENUE  
WHITE PLAINS, NY 10606-2427

June 15, 2023

Friedman Vartolo, LLP  
Attn.: Katherine Heidbrink, Esq.  
1325 Franklin Avenue  
Garden City, NY 11530-1631

Re: Bankruptcy Case #: 23-22019 (cgm)

Dear Ms. Heidbrink,

We, Ian Hylton and Valerie Watson-Hylton, are the debtors in the abovementioned Chapter 13 Bankruptcy case. We retained Jonathan Koren to represent us in the New York state foreclosure case under index no. 67776/2018. Mr. Koren was replaced as our counsel in that case on January 18, 2022, with the Dann Law Firm being substituted in his place. On August 8th, 2022, The Dann Law Firm withdrew as our counsel, and we proceeded in that matter pro se.

We have not retained 24 Hour Law Group as our attorneys in this case, the state foreclosure case or in any other case. In the current bankruptcy proceedings, we are retaining Legal Services of the Hudson Valley as our counsel.

*DocuSigned by:*  
*Ian Hylton*  
6FD0323316014A7...  

Ian Hylton

*DocuSigned by:*  
*Valerie Watson-Hylton*  
6FC4CD1011E04C2...  

Valerie Watson-Hylton