UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    Case No. 23-22019-cgm
Ian L. Hylton and Valerie Watson-Hylton,     Chapter 13

                        Debtors

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Fay Servicing, LLC as servicers of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2015-1

**Property Address**: 29 Highland Avenue, White Plains, NY 10606

**Last Four Digits of Account Number of Loan**: 4920

**File Date of Loss Mitigation request**: 06/07/23

**Date of Entry of Loss Mitigation Order**: N/A

**Date of Entry of Order Approving Settlement (*if any*)**: N/A

**Other Requests for Loss Mitigation in this Case**: ___ Yes     X   No

       The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| ☐ Loan modification | ☐ Surrender of property |
|---|---|
| ☐ Short sale |    No agreement has been reached |

   X    Other: Loss mitigation was denied for the reasons stated on the record at the hearing held on July 20, 2023.

       **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

**Dated: August 15, 2023**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**