August 25, 2023

U.S. Bankruptcy Court
Southern District of New York
300 Quarropas. Street
Room 147
White Plains, NY 10601

                                      Re: Ian Hylton and Valerie Watson-Hylton
                                            Chapter 13 case: 23-22019-cgm

Dear Judge Morris:

We hereby respectfully request an adjournment of the above matter's confirmation hearing scheduled for August 30, 2023. We have spoken to Mary Koch from the Trustee, Tom Frost's office on August 24 regarding an adjournment and they have given their consent.

The reason for the adjournment request is to allow time for service of the Amended chapter 13 Plan submitted on August 23 to all parties.

We request that the adjournment be granted until October 25 at 9:00 am.


Sincerely



Daniel McEnroe, Esq.
Legal Services of the Hudson Valley
1 Civic Center Plaza, Suite 506
Poughkeepsie, NY 12601
615-777-9350
dmcenroe@lshv.org